AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF _____ DELAWARE _____

UNITED STATES OF AMERICA
V.

RAYMOND WATKINS
(D.O.B.   /1946)

(Name and Address of Defendant)

REDACTED

**CRIMINAL COMPLAINT**

CASE NUMBER: 05- /02M-MPT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 27, 2005__ in __New Castle__ county, in the _____ District of __Delaware__ defendant(s) did, (Track Statutory Language of Offense)

knowingly flee the State of Delaware to avoid prosecution

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Federal Officer__ and that this complaint is based on the following
                                            Official Title
facts:   AFFIDAVIT attached

```
   FILED
  JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
Robert Krycala
Special Federal Officer, FBI

Sworn to before me and subscribed in my presence,

__July 28, 2005__                    at     Wilmington, Delaware
Date                                        City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

## Affidavit of
## SFO Robert F. Kracyla

1.) I am a Special Federal Officer assigned to the FBI Fugitive Task Force and have been a Police Officer for more than 20 years.

2.) On July 27, 2005 Level 5 Prosecutor Mark Bunitsky of the Delaware Attorney General's Office requested FBI assistance to locate and apprehend Raymond Watkins. Prosecutor Bunitsky advised that Watkins is wanted for a parole violation for a sexual assault of sodomy on a boy. The felony parole violation was authorized by the Kent County Superior Court of Delaware and issued on April 19, 1991.

3.) Investigation conducted by the Delaware State Police and the FBI Task Force revealed that Watkins has fled the State of Delaware.

4.) The Delaware Attorney General's Office has agreed to extradite Watkins wherever he is apprehended.

Robert F. Kracyla
Special Federal Officer, FBI