IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-102M - MPT |
| RAYMOND WATKINS, | ) |
| Defendant. | ) |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Criminal Complaint and Warrant for Arrest issued on or about July 28, 2005. On January 9, 2006, the United States was advised that the defendant, Raymond Watkins, had died.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 1-9-06

IT IS SO ORDERED this __10__ day of __Jan_____, 2006.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JAN 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE